

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00262-CR

STONE REED MARSHALL, II                                    APPELLANT

V.

THE STATE OF TEXAS                                              STATE

\-----------

### FROM THE 30TH DISTRICT COURT OF WICHITA COUNTY

\-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

\----------

We have considered appellant's "Agreed Motion To Dismiss Appeal." The motion complies with rule 42.2(a) of the rules of appellate procedure. Tex. R. App. P. 42.2(a). No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.2(a), 43.2(f).

---

[1]*See* Tex. R. App. P. 47.4.

PER CURIAM

PANEL:  LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: June 20, 2013